966 A.2d 544

**Haddrick BYRD, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 157 EM 2008.**

Supreme Court of Pennsylvania.

Jan. 14, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**